DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANGELA A. BENTRIM,**
Appellant,

v.

**JEFFREY S. BENTRIM,**
Appellee.

No. 4D19-3601

[November 25, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 50-2007-DR-008773-XXXX-MB.

Margherita Downey of the Law Office of Margherita Downey LLC, Delray Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***